IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ANJONEET L.J.,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>ANDREW M. SAUL,<br><br>Defendant. | ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br><br><br><br><br>Case No. 2:18-CV-361<br><br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate

Judge Cecilia M. Romero, recommending that this case be remanded to the Commissioner for

additional findings at Step 3, with regard specifically to the "paragraph C" criteria. (Dkt. No. 34

at 5.)

The parties were notified of their right to file objections to the Report and

Recommendation within fourteen (14) days after receiving it. Neither party has filed such an

objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation. Accordingly, this case is remanded to the Commissioner for additional findings regarding the "paragraph C criteria" consistent with the Report and Recommendation.

DATED this 24rd day of September, 2019.

_____
Dee Benson
United States District Judge